

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-21-00026-CR

AMARFIO DEJALO WASHINGTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 50108-A

Before Morriss, C.J., Burgess and Stevens, JJ.
Memorandum Opinion by Justice Burgess

# MEMORANDUM OPINION

After a jury found Amarfio Dejalo Washington guilty of two counts of assault on a public servant, the trial court sentenced him to twelve years' confinement in prison on each count, with the sentences to run concurrently.[1]  Washington contends that (1) the trial court reversibly erred when it failed to include an instruction on effective consent in its jury charge, (2) he was not present when the jury panel was seated in violation of Texas Code of Criminal Procedure Articles 33.03 and 35.17, (3) the trial court reversibly erred when it granted the State's challenge for cause during jury selection, (4) the trial court reversibly erred when it allowed the State to question the jury panel members on their "level of trust" of law enforcement officers, and (5) the trial court reversibly erred when it denied him the opportunity to present evidence that certain charges for which he was incarcerated had been dismissed by the State.

We addressed these issues in detail in our opinion of this date in Washington's appeal in our cause number 06-20-00025-CR.  For the reasons stated therein, we likewise conclude that error has not been shown in this cause.

We affirm the judgment of the trial court.

Ralph K. Burgess
Justice

Date Submitted:     December 13, 2021
Date Decided:     January 27, 2022

Do Not Publish

---

[1]Washington appeals from his other judgment of conviction of assault on a public servant in our cause number 06-21-00025-CR.